**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **CRIMINAL ACTION NO. 01-457-5** |
| | **:** | |
| **CLIFTON JUNIUS** | **:** | |

---

**McHUGH, J.**                                                    **March 2, 2026**

**<u>MEMORANDUM</u>**

Defendant Clifton Junius was a member of a sophisticated drug trafficking organization known as "Do or Die."  His participation included commission of  a murder in which he also shot and seriously wounded another man. In 2003, Mr. Junius pleaded guilty  and was sentenced by Judge Giles of this Court to a term of 40 years' imprisonment followed by 10 years of supervised release.[1]  Since then,  upon recommendation of former Magistrate Judge Strawbridge,  Chief Judge Goldberg of this Court denied a motion for compassionate release, ECF 973, and later denied a motion for reduction of sentence. ECF 991.

Mr. Junius now moves under 18 U.S.C. § 3582(c)(1)(A)(i), and advances three reasons for relief that he characterizes as "extraordinary and compelling."

First, noting that he was sentenced before the Supreme Court issued *United States v. Booker,* 543 U.S. 220 (2005), he argues that there has been a change in the law because *Booker* rendered the Guidelines advisory. This argument would appear to be barred by *United States v. Rutherford*, 120 F.4th 360 (3d Cir. 2024).  But even if it were not it

---

[1] The Bureau of Prisons later recalculated the sentence and effectively lowered it to 38 years in prison. See ECF 660 and 680.

suffers from a fatal flaw, because Judge Giles imposed a sentence *below* the applicable Guideline, which was life in prison.  Mr. Junius' position is weaker still because even under the current Guidelines, (which now cap offense levels at 43), the sentence for someone like him remains life in prison.  In short, there is no disparity between current law and the law under which Mr. Junius was sentenced, and he received a below-Guideline sentence regardless.

Second, Mr. Junius argues that his sentence was unfairly disparate from his co-defendants and similarly situated defendants generally.  As to co-defendants, although he refers to some as having been released, the relevant comparator would appear to be Daniel Coats, who pleaded to similar drug offenses and murder.  His sentence was higher than Mr. Junius, 60 years, and he is still in custody, a motion to reduce that sentence having been denied by Judge Goldberg in 2022. 01-cr-457-1. ECF 993.  I discern no disparity there.

As to other criminal defendants generally, Mr. Junius provides no relevant points of comparison. On its face, given the seriousness of the offenses, a sentence of 40 years for participation in a vast drug conspiracy accompanied by a murder and a near-deadly assault does not intuitively strike the Court as an aberration, an impression supported by the Guidelines both then and now. In fact, as Chief Judge Schlitz of Minnesota recently observed, for murder in aid of racketeering, a higher sentence of life is "the norm" for such offenses. *United States v. McGruder,* 2024 WL 3176237, at *1 (D. Minn. June 26, 2024) (Schlitz, C.J.).

Finally, Mr. Junius cites his age at the time of the murder: he was then 23.  District courts are divided over whether consideration of youth is limited to the time of sentencing or may properly be considered in a motion brought under § 3582(c)(1)(A)(i). I lean toward the view that age is properly considered in an appropriate case, but am hard-pressed to give it significant weight here, where the murder was planned and calculated, one committed in furtherance of a sustained broader conspiracy, and not the product of an emotional outburst or provocation.  *See United States v. Delvalle*, 2024 WL 3934989, at *4-6 (S.D.N.Y. Aug. 23, 2024); *United States v. Brown*, 2024 WL 3357836, at *6 (E.D. Va. July 10, 2024); *United States v. Bryant*, 2024 WL 2028268, at *4-9 (D. Nev. May 6, 2024).

The motion will be denied.  An appropriate order follows.

 /s/ Gerald Austin McHugh
United States District Judge