**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **CRIMINAL ACTION NO. 01-457-5** |
| | **:** | |
| **CLIFTON JUNIUS** | **:** | |

## <u>ORDER</u>

This 2nd day of March, 2026, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion for Reduction of Sentence, ECF 1056, is **DENIED**.

/s/ Gerald Austin McHugh<br>United States District Judge